IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ASHLEY BURKE,[1] | § | |
| | § | |
| Petitioner Below, | § | No. 456, 2022 |
| Appellant, | § | |
| | § | Court Below: Family Court |
| v. | § | of the State of Delaware |
| | § | |
| DOUG KING, | § | File No. CN11-1200 |
| | § | Petition No. 22-15795 |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: March 7, 2023
Decided: March 21, 2023

## **ORDER**

(1)    On January 25, 2023, the Senior Court Clerk sent a letter directing the appellant to pay the Family Court filing fee and transcript cost on or before February 7, 2023, or this Court would issue a notice to show cause why the appeal should not be dismissed. On February 8, 2023, the Senior Court Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed for the appellant's failure to pay the Family Court filing fee and transcript cost. Postal records indicate that the postal service made two delivery attempts and left notices, but no authorized recipient was available. On February 23, 2023, the Senior Court Clerk reissued the notice to show cause by first-class mail.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

(2) The appellant having failed to respond to the notice to show cause within the required ten-day period or to report any change of address to the Court, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice